**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1539**
_____

THEODORE JUSTICE,

                    Plaintiff – Appellant,

          v.

ROBERT H. HOBGOOD, JR., Senior Resident Superior Court
Judge in the Ninth Judicial District, in his individual and
official capacity,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (5:13-cv-00677-BR)

_____

Submitted: November 18, 2014      Decided: November 20, 2014

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Theodore Justice, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice seeks to appeal the district court's order reviewing the magistrate judge's determination and denying Justice's application to proceed in forma pauperis. Denial of in forma pauperis status is reviewed for abuse of discretion. See Roberts v. United States Dist. Ct., 339 U.S. 844, 845 (1950). A review of the record indicates that the district court did not abuse its discretion. Accordingly, we dismiss the appeal on the reasoning of the district court. Justice v. Hobgood, No. 5:13-cv-00677-BR (E.D.N.C. May 27, 2014). We deny leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED